**Order entered October 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00655-CV

**DAVID C. MEYER, Appellant**

**V.**

**KAREN MOORE MEYER, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-05419**

## ORDER

We **GRANT** court reporter Tanner Joy Feast's October 2, 2014 request for extension of time to file record and **ORDER** the reporter's record be filed no later than November 3, 2014.


/s/     ADA BROWN
            JUSTICE